# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

LIFEQUEST NURSING CENTER : No. 474 EAL 2018
                                           v.                                    : Petition for Allowance of Appeal from
                                                                    : the Order of the Commonwealth Court

WORKERS' COMPENSATION APPEAL :
BOARD (TISDALE) :

PETITION OF: ELIZABETH TISDALE :

## ORDER

**PER CURIAM**

     **AND NOW**, this 2nd day of April, 2019, the Petition for Allowance of Appeal is **DENIED**.